IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DO KHA,

        Plaintiff,

  v.

DONNA POST, MELISSA FRITZ,
BARBARA CAMPANELLA, KRISTEN
DICKERSON, CHRIS, PETER ARRIZU,
JOSE JIMENEZ, ROGER FINCH,

        Defendants.

No. C 08-00543 WHA (PR)

**ORDER RE SUMMONS**

On May 11, 2009, an order was entered directing the U.S. Marshals to serve the complaint on certain defendants. That same day the Clerk issued the summons and sent them with USM 285 forms to plaintiff to insert defendants' addresses for service. Plaintiff was ordered to complete within thirty days a Notice of Submission of Documents form, the summons, and the USM 285 form, and plaintiff was also required to supply copies of the complaint. According to the docket, plaintiff has not returned any of these documents and the thirty day deadline has long ago passed. Before the complaint can be served on defendants, plaintiff must supply the requested information.

Plaintiff must complete the above referenced documents and submit them by **OCTOBER 12, 2009**. As previously warned, the failure to comply will likely result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: September 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE