IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO KHA, | No. C 08-0543 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DONNA POST; MELISSA FRITZ; BARBARA CAMPANELLA; KRISTEN DICKERSON; CHRIS; PETER ARRIZU; JOSE JIMENEZ; ROGER FINCH, | |
| Defendants. / | |

On May 11, 2009, an order was entered directing the United States Marshal to serve summonses and the complaint upon certain defendants. That same day the Clerk issued the summonses and sent them with USM 285 forms to plaintiff to insert defendants' proper names and addresses for service. Plaintiff was instructed to complete within thirty days a Notice of Submission of Documents form (which was also sent to him), the summonses, and the USM 285 forms, and to submit them to the court along with copies of the complaint. On September 16, 2009, plaintiff was given additional time, until October 12, 2009, to return the required documents, and he was warned that if he did not do so the case would be dismissed. No response has been received from plaintiff.

//

//

**United States District Court**
For the Eastern District of California

1   Accordingly, this matter is **DISMISSED** without prejudice.  The clerk shall close the file.

2   **IT IS SO ORDERED.**

4   Dated: October __30__, 2009.

   _____
   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

27  G:\PRO-SE\WHA\CR.08\Kha0543.EDCA.DSM.wpd