IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO KHA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONNA POST; MELISSA FRITZ;<br>BARBARA CAMPANELLA; KRISTEN<br>DICKERSON; CHRIS; PETER ARRIZU;<br>JOSE JIMENEZ; ROGER FINCH,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 08-0543 WHA (PR)<br><br>**JUDGMENT** |

　　　This case has been dismissed without prejudice. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

　　　**IT IS SO ORDERED.**

Dated: October   30  , 2009.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\Kha0543.EDCA.JUD.wpd